```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    ROSALIND WANG (State Bar No. 218626)
 4  Assistant United States Attorney
         1400 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone : (213) 894-8452
         Facsimile: (213) 894-0142
 7       e-mail: rosalind.wang@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 07-1215(A)-SJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | <u>ORDER DISMISSING DEFENDANT OSCAR</u> |
| | ) | <u>DILLON FROM FIRST SUPERSEDING</u> |
| v. | ) | <u>INDICTMENT WITHOUT PREJUDICE</u> |
| | ) | <u>PURSUANT TO FED. R. CRIM. P. 48(a)</u> |
| | ) | |
| KENYAN PAYNE, SR., | ) | |
| RALPH SIMMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and upon the government's motion:

   IT IS HEREBY ORDERED that the First Superseding Indictment as to defendant OSCAR DILLON is dismissed without prejudice.  In the interest of justice the Court dismisses the underlying indictment.  The Court orders the bond exonerated.

   IT IS SO ORDERED.

March 2, 2009
Dated: _____     _____
                                    HONORABLE S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE